Nicole Owens
Executive Director
Deborah A. Czuba, Idaho Bar No. 9648
Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Mary E. Spears, Indiana Bar No. 27353-49
Assistant Federal Defenders
Federal Defender Services of Idaho
Capital Habeas Unit
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone: (208) 331-5530
Facsimile:  (208) 331-5559
ECF:  Deborah_A_Czuba@fd.org
        Jonah_Horwitz@fd.org
        Christopher_M_Sanchez@fd.org
        Mary_Spears@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTR.ICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH**<br>Petitioner,<br><br>v.<br><br>**TIM RICHARDSON,**<br>Warden, Idaho Maximum Security Institution,<br>Respondent. | Civil No. 1:23-cv-00463<br><br>**CAPITAL CASE**<br><br>MOTION TO STAY AND ABEY FEDERAL HABEAS PROCEEDINGS AND REQUEST FOR EXPEDITED RESPONSE AND CONSIDERATION<br><br>**Execution Scheduled November 8, 2023** |

Pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), and for the reasons stated in the accompanying memorandum in support, Petitioner Thomas Eugene Creech respectfully asks the Court to stay the instant federal habeas proceedings until his

MOTION TO STAY AND ABEY FEDERAL HABEAS PROCEEDINGS - 1

ongoing state post-conviction action is concluded.  Given the exigencies created by the State's decision to acquire a death warrant two days after telling the undersigned and the Court that it was unprepared for executions, Mr. Creech also respectfully asks that opposing counsel be ordered to respond to this motion within three days of service.

DATED this 16th day of October 2023.

/s/ Jonah J. Horwitz
Jonah J. Horwitz

Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to counsel for the State, and I emailed the pleading to him as well at the address below:

L. LaMont Anderson
Lamont.Anderson@ag.idaho.gov

/s/ Jonah J. Horwitz
Jonah J. Horwitz