UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

THOMAS EUGENE CREECH,

                 Petitioner,

    v.

TIM RICHARDSON,

                 Respondent.

Case No. 1:23-cv-00463-AKB

**CAPITAL CASE**

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**

**IT IS ORDERED:**

1.    Petitioner's requests for expedited briefing on his Application for Stay of Execution and his Motion to Stay and Abey Federal Habeas Proceedings are GRANTED.

2.    Respondent's response to both the Application and the Motion must be filed no later than October 20, 2023. Petitioner's reply must be filed no later than October 24, 2023.

DATED: October 17, 2023

_Amanda K. Brailsford_
_____
Amanda K. Brailsford
U.S. District Court Judge