Jonah J. Horwitz, Idaho Bar No. 10494
Federal Defender Services of Idaho
702 W. Idaho, Suite 900
Boise, Idaho 83702
Telephone: (208) 331-5530
ECF:  Jonah_Horwitz@fd.org

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH** | Civil No. 1:23-cv-00463-AKB |
| Petitioner, | **CAPITAL CASE** |
| v. | NOTICE OF APPEAL |
| **TIM RICHARDSON,** Warden, Idaho Maximum Security Institution, | |
| Respondent. | |

Petitioner Thomas Eugene Creech hereby provides notice that he is appealing to the United States Court of Appeals for the Ninth Circuit from the order dismissing the petition for lack of jurisdiction, entered January 12, 2024, *see* Dkt. 15, as well as from the corresponding judgment, entered January 16, 2024, *see* Dkt. 16.  The district court has issued a certificate of appealability with respect to the question of whether Mr. Creech's petition is second or successive for purposes of 28 U.S.C. § 2244(b).  *See* Dkt. 15 at 13.

DATED this 17th day of January 2024.

            */s/ Jonah J. Horwitz*
            Jonah J. Horwitz

            Attorney for Petitioner

NOTICE OF APPEAL - 1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of January 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to counsel for the State:

L. LaMont Anderson
Lamont.Anderson@ag.idaho.gov

                                                               */s/ Jonah J. Horwitz*
                                                                Jonah J. Horwitz

NOTICE OF APPEAL - 2